# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Abdullah Ezzeldin Taha Mohamed Hassan<br><br>*Defendant(s)* | Case No. 1:24-mj-498 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 22, 2024 - December 4, 2024 in the city/county of Fairfax County in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 842(p)(2)(A) | Distribution of information relating to explosives, destructive devices, and weapons of mass destruction in furtherance of the commission of a federal crime of violence, that is 18 U.S.C. §§ 1116(a), 1116(b)(4)(B), 1111 (first-degree murder of internationally protected persons) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA Sehar F. Sabir
*Printed name and title*

*Complainant's signature*
Tyler Ellefson, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 12/16/2024

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*