# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

- City: Falls Church
- County: Fairfax
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:24-mj-498
- Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.:**
**New Defendant:** X
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Abdullah Ezzeldin Taha Mohamed
- **Alias(es):**
- ☐ Juvenile   **FBI No.:**
- **Address:** XXXXXXXXXX FALLS CHURCH, VA
- **Employment:**
- **Birth Date:**
- **SSN:**
- **Sex:** Male
- **Race:**
- **Nationality:**
- **Place of Birth:**
- **Height:**
- **Weight:**
- **Hair:**
- **Eyes:**
- **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☒ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Sehar F. Sabir; Gavin R. Tisdale
- **Phone:** 703-299-3964
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Tyler Ellefson, Special Agent, Federal Bureau of Investigation, Washington Field Office

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 842(p) | Distribution of information relating... | 1 | Felony |
| Set 2: | | | 2 | Felony |

- **Date:** 12/16/2024
- **AUSA Signature:** /s/ Gavin R. Tisdale

*may be continued on reverse*