AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED

for the

Eastern District of Virginia

2024 DEC 17 P 2:47

| United States of America | ) |
|---|---|
| v. | ) |
| Abdullah Ezzeldin Taha Mohamed Hassan | ) Case No. 1:24-mj-498 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Abdullah Ezzeldin Taha Mohamed Hassan                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

18 U.S.C. § 842(p)(2)(A) (distribution of information relating to explosives, destructive devices, and weapons of mass destruction in furtherance of the commission of a federal crime of violence, that is 18 U.S.C. §§ 1116(a), 1116(b)(4)(B), 1111 (first-degree murder of internationally protected persons))

Date: December 16, 2024 at 5:00 pm

*William C. Fitzpatrick*

City and state:    Alexandria, Virginia

Hon. William E. Fitzpatrick, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/16/2024, and the person was arrested on *(date)* 12/17/2024
at *(city and state)* FALLS CHURCH, VA.

Date: 12/17/2024

*Arresting officer's signature*

Tyler Ellefson, FBI
*Printed name and title*